WILLIAM J. WHITSITT
335 W. CLOVER ROAD
TRACY, CA 95376
(209) 221-1405
WHITSITTW@GMAIL.COM

IN PROPRIA PERSONA

E-filing

**ORIGINAL**

**FILED**

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Fee Not Pd.*

IN UNITED STATES DISTRICT COURT FOR ~~EASTERN~~ *Northern Dist* DISTRICT OF CALIFORNIA ~~SACRAMENTO~~ *San Francisco*

WILLIAM J. WHITSITT
(PLAINTIFF)

--------------VS--------------

Central Towing Transport-TOWING STORAGE AGENCY

COUNTY OF ALAMEDA

City of Dublin Police Services

10 UNNAMED DEFENDANTS
(DEFENDANTS)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C08-02138    CW

**COMPLAINT SECTION 1983 FALSE IMPRISONMENT UNLAWFUL TOW FROM OUTSIDE OF CITY AND COUNTY AUTHORITY AND CONSPIRACY UNDER THE COLOR OF STATE LAW.**

Comes Now, William J. Whitsitt, a Natural Born Citizen of the United States exercising the Full Rights of Sovereignty as We The People. I come to this Court Seeking Full Redress and A Remedy At Law. For Sovereignty of We The People See: CHISHOLM v. GEORGIA (US), 2 Dall 419, 454, 1 L Ed 440, 455 (1793) pp 471-472; BOYD v. STATE OF NEBRASKA, 143 U.S. 135 at 158 (1892) 2 Dall 419. I come to this Federal District Court to Seek Remedy for a Towing and Seizing My Private Property under the Color and Guise of State Law, in Violation of Due Process of Law. My Private Property was Towed and Seized from the Private Parking area and Private

Property. The Vehicle Code has NO Jurisdiction upon Private Property. Thus Arrest and Towing of Vehicle from Private Property Unlawful. I was Arrested on Private Property for a Misdemeanor Traffic Violation.

# (JURISDICTION)

The Venue is Correct, the City of Dublin is in Territorial Limits and Jurisdiction of the Northern District of California.

The Subject Matter is Correct, because Section 1983 Grants Statutory Jurisdiction by Act of Congress to the U.S. District Court. [1]Original and Federal Question Jurisdiction.

I have Standing to Sue because my Federal Rights where Denied under the Color of State Law.

"`suit arises under the law that creates the cause of action.'" Id., at 8-9, quoting: American Well Works Co. v. Layne & Bowler Co., 241 U.S. 257, 260 (1916).

See: § 1343. Civil rights and elective franchise

Under the Color and Guise of State Law and City Ordinance the Named Police Officer did Unlawfully, Wrongfully Seize my Person (Arrest), Seize and Tow my Vehicle (Property) from Private Property.

Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state law, is action taken "under color of any statute", within this section. Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207 F.2d 714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318 F. Supp. 31

Misuse of Power Under the Color of State Law (California Vehicle Code) Qualifies Section 1983 Civil Rights Jurisdiction.

---

[1]28 U.S.C. Section 1343 (3)

# (CAUSES OF ACTION UNDER SECTION 1983)

Here is a Brief List of all Claims for Cause of Action under Section 1983. All Claims are Actions taken Under the Color of State of California Law (Vehicle and Penal Code). Thus, creating Causes of Action under Section 1983.

* **(# 1.) - <u>WRONGFUL TOW OF MY VEHICLE FROM OUTSIDE OF COUNTY AND CITY JURISDICTION.</u>**

* **(# 2.) - <u>FALSE IMPRISONMENT OUTSIDE OF CITY AND COUNTY JURISDICTION.</u>**

* **(# 3.) - <u>SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS AND HOLDING FOR (30) DAYS.</u>**

* **(# 4.) - <u>ACTION UNDER THE COLOR OF STATE LAW.</u>**

* **(# 5.) - <u>DENIAL OF FORFEITURE HEARING.</u>**

I Move the Court to Grant to me Remedies for the All the Above Causes of Action under the Color of State Law.

## (# 1.) - <u>WRONGFUL TOW OF MY VEHICLE FROM OUTSIDE COUNTY AND CITY JURISDICTION.</u>

I have [2]Several Witnesses not including myself that the Police Stop took place almost a Half mile within Contra Costa County and the City of San Ramon California. The Stop was outside the County of Alameda and City of Dublin California's Lawful Territorial Boundaries and Jurisdiction. The Argument that I Committed a Traffic Violation in their Presence is Not Valid. At first the Police Officer stated that could not read the Old Original License Plate. It had

---

[2]Steve Swift, Rick Lincoln, Michael Swift, myself.

a April Temporary Sticker in the back Window. The License Plate has a 2009 Current

Registration Sticker on it. The [3]Police Officers said he was able to Read my License Plate then.

He then stated I believe you have a Stop Light out. This is totally Wrong because I just

checked all the Lights: Stop Lights, Turn Indicators and Head Lights just within the last half

Hour to make sure everything was working and they where. Thus the old Your Stoplight is

Out, Excuse for Probable Cause is Not Valid. It was Lie to Establish Probable Cause. I

Demanded that the Police Officer prove to me that my Stop Light was out. They Refused. The

Reason they Refused to prove me that Stop Light was out was that it was working. Police

Officers are Known Liars under Oath. The Police Officer's Just had to Create a Probable Cause

and Excuse for the Unlawful Stop. They had to make up some Excuse for Probable Cause.

See: Berkermer v. McCarthy, No. 83-710, decided July 2, 1984. See also Adams v. Williams, 407 U.S. 143, 148 and Terry

v. Ohio, 392 U.S. 34. The Police Officers where actually looking for Michael Swift who Owned that

Dodge Pick Up Truck for many years and was Harassed, Stopped without Justification, Searched

and Never Charged for any Real Crime. See: **(Affidavit from Michael Swift)**. The Dublin Police

Officers even asked Michael Swift what happened to the Dodge Pick up Truck a couple of

weeks earlier.

There was No Legitimate Probable Cause for the Stop other then Thinking they where

Stopping Michael Swift and to Harass him.

The Stop took place Clearly outside of City Limits and County of Alameda Jurisdiction.

Thus, Acting Outside of Their Lawful Jurisdiction and Police Power Authority from the City

---

[3]Alameda County Sherif Deputys: Whithall # 429; A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

---

of Dublin California. Thus, Clearly Establishing a Claim and Cause of Action Under Section 1983. I have Clear Established my Constitutional Right against Unlawful Stops outside of City of Dublin Police Jurisdiction.

Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. Ill.1953, 207 F.2d 714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318 F. Supp. 314;

The City of Dublin Police Services and Alameda County Sheriffs Department must Except Responsibility and Liability also because they have Contracted their Police Services and Liability to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs Department.

Let Judicial Notice be taken, here that **Central Towing** (Towing Agency) Seized, Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator.

## FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE WRONGFUL TOW:

The City of Dublin Police Services and the Alameda County Sheriffs Department Failed to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts, Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being

1  Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action

2  or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting

3
4  Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

5  ## (# 2.) - **FALSE IMPRISONMENT FROM OUTSIDE OF COUNTY OF ALAMEDA AND CITY OF DUBLIN JURISDICTION.**

6
7  I was Falsely Imprisoned and Unlawfully held by the City of Dublin and Alameda

8  County in Santa Rita Jail. I was held in Violation of the Fourth Amendment. I was Held

9
10 against my Will and my Right Liberty and Freedom from Restraint was Denied under the

11 Color of State Law. I had my Right to Freedom of Liberty Denied by a City Police acting

12 under the Authority and Police Powers of the City of Dublin California. My Inalienable Right

13
14 to Free Movement and Liberty was Violated and Denied without Probable Cause in Violation

15 of the Fourth Amendment. This Right to Freedom from Restraint is Protected beyond the Due

16 Process of Law clause of the Fourteenth Amendment. It Guaranteed by the Fourth, Fifth,

17
18 Fourteenth, Ninth and the Privilege and Immunities Clause of the Federal Constitution. See:

19 **Edwards v. California,** 314 U.S. 160, 177, 181 (1941). I have the Inalienable Constitutional and Civil Right

20 to be Free in my Person. See: **NEW YORK CITY BD. OF ESTIMATE v. MORRIS,** 489 U.S. 688 (1989);

21
22 **MASSACHUSETTS BD. OF RETIREMENT v. MURGIA,** 427 U.S. 307.

23 The INALIENABLE Constitutional and Civil Right to be Free from Arrest and Seizure

24 of my Person is beyond the Right to Personal Liberty, it is Guaranteed by the Fourth

25 Amendment as well: **Henry v. United States,** 361 U.S. 98 (1959); **Johnson v. United States,** 333 U.S. 10, 16-17

26
27 (1948); **Sibron v. New York,** 392 U.S. 40, 62-63 (1968).

28

The City Dublin California and the County of Alameda pursuant to a Conspiracy did Deny Clearly Established Constitutional and Civil Right to Freedom of Liberty. The City must have Known that their Actions where in Violation of the Fourth and Fourteenth Amendment Rights. I was Held at Santa Rita Jail for (1) Day. False Imprisonment is a Separate Cause of Action under Section 1983. They Clearly Knowingly, with Wanton and Deliberate Intent, my Fourteenth and Fourth Amendment Constitutional and Civil Right of Freedom from Unlawful Imprisonment. I did Serve (5) Notices to the City of Dublin Police Services and the Alameda County Sheriff's Department about the False Imprisonment Claim. The City of Dublin and Alameda County Sheriffs Department Failed to Respond to and Investigate my Claims. I made full Notices of Objection and Protest for the Unlawful Imprisonment. Let Judicial Notice be taken here, that I did seek Administrative Remedies before Suit was Heard.

we have previously refused to require exhaustion of administrative remedies where the administrative process subjects plaintiffs to unreasonable delay or to an indefinite timeframe for decision. See **Colt Independence Joint Venture v. FSLIC,** 489 U.S. 561, 587 (1989); **Gibson v. Berryhill,** 411 U.S. 564, 575 , n. 14 (1973); **Walker v. Southern R. Co.,** 385 U.S. 196, 198 (1966); **Smith v. Illinois Bell Telephone Co.,** 270 U.S. 587, 591 -592 (1926). This principle rests on our belief that, when a plaintiff might have to wait seemingly forever for an agency decision, agency procedures are "inadequate," and therefore need not be exhausted. **Colt Independence Joint Venture v. FSLIC,** supra, at 587. McCARTHY v. MADIGAN, 503 U.S. 140 (1992).

Thus, the Named Defendants have No Immunity whatsoever.

## FACTS OF FALSE IMPRISONMENT:

I was Falsely Arrested from the City of San Ramon And Contra Costa County Under the color of State Law for Vehicle Code Violation Clearly Outside of Alameda County and City of Dublin Jurisdictional Boundaries by. Clearly outside of their Lawful Police Power Jurisdiction. Thus establishing a Clearly Established Constitutional Right and Clear Claim of Violation of my Civil Rights against Unlawful Arrest and Seizure of my Person under the Fourteenth Amendment.

I was Falsely Arrested without without Probable Cause outside of their Lawful Jurisdictional Police Power Boundaries of Authority. The Named Dublin Police Officers Never called San Ramon or Contra Costa County for Jurisdictional Permission to Arrest me in San Ramon and Contra Costa County Jurisdiction. Thus, a False Arrest and False Imprisonment.

The Dublin City Police Officers must have Known that their Acts, Action, Omission and False Arrest where Clearly in Violation thereof and a Deprivation of my Civil and Constitutional Rights. **I Clearly Objected to their Authority and Jurisdiction to Arrest outside Alameda County and City of Dublin Boundaries.** Thus a Clearly I established my Constitutional Civil Rights where being Violated and or Deprivated. Probable Cause for Arrest for California Vehicle Code or Penal Code Violation Authority does NOT Outside the Alameda County and Dublin City Limits. Thus Seizure of my Person was Unlawful, Unconstitutional and a Deprivation and Violation thereof my Civil and Constitutional Rights to Personal Liberty, to be Free from Restraint and Unlawful Imprisonment and or Arrest. This Right to Freedom from Restraint is Protected beyond the Due Process of Law clause of the Fourteenth Amendment. It Guaranteed by the Fourth, Fifth, Fourteenth, Ninth and the Privilege and Immunities Clause of the Federal Constitution. See: Edwards v. California, 314 U.S. 160, 177, 181 (1941). I have the Inalienable Constitutional and Civil Right to be Free in my Person. See: NEW YORK CITY BD. OF ESTIMATE v. MORRIS, 489 U.S. 688 (1989); MASSACHUSETTS BD. OF RETIREMENT v. MURGIA, 427 U.S. 307.

Issue of Probable Cause as its Concerns the Unlawful Seizure of my Vehicle (Private Property). This in Violation and Deprivation of the Fourth Amendment.

---

I have [4]Several Witnesses not including myself that the Police Stop took place almost a Half mile within Contra County and the City of San Ramon California. The Stop was outside the County of Alameda and City of Dublin California's Lawful Territorial Boundaries and Jurisdiction. The Argument that I Committed a Traffic Violation in their Presence is Not Valid. At first the Police Officer stated that could not read the Old Original License Plate. It had a April Temporary Sticker in the back Window. The License Plate has a 2009 Current Registration Sticker on it. The [5]Police Officers said he was Unable to Read my License Plate then, He then stated I believe you have a Stop Light out. This is totally Wrong because I just checked all the Lights: Stop Lights, Turn Indicators and Head Lights just within the last half Hour to make sure everything was working and they where. Thus the old Your Stoplight is Out, Excuse for Probable Cause is Not Valid. It was Lie to Establish Probable Cause. I Demanded that the Police Officer prove to me that my Stop Light was out. They Refused. The Reason they Refused to prove me that Stop Light was out was that it was working. Police Officers are Known Liars under Oath. The Police Officer's Just had to Create a Probable Cause and Excuse for the Unlawful Stop. They had to make up some Excuse for Probable Cause. See: Berkermer v. McCarthy, No. 83-710, decided July 2, 1984. See also Adams v. Williams, 407 U.S. 143, 148 and Terry v. Ohio, 392 U.S. 34. **Let Judicial Notice be Taken here that the Police Officer Never Cited me for Stop Light being Out.** The Police Officers where actually looking for Michael Swift who Owned that Dodge Pick Up Truck for many years and was Harassed, Stopped without

---

[4]Steve Swift, Rick Lincoln, Michael Swift, myself.

[5]Alameda County Sherif Deputys: Whithall # 429;  A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

---

Justification, Searched and Never Charged for any Real Crime. See: **(Affidavit from Michael Swift)**. The Dublin Police Officers even asked Michael Swift what happened to the Dodge Pick up Truck about a week earlier.

There was No Legitimate Probable Cause for the Stop other then Thinking they where Stopping Michael Swift and to Harass him.

The Stop took place Clearly outside of City Limits and County of Alameda Jurisdiction. Thus, Acting Outside of Their Lawful Jurisdiction and Police Power Authority from the City of Dublin California. Let Judicial Notice be Taken, here that the City of Dublin City Limits end at the Back Home Fence about 15 Feet before Alcosta Blvd. The Police Stop began over 3/8 miles further in Contra Costa County and the City of San Ramon California. Thus, Clearly Establishing a Claim and Cause of Action Under Section 1983. I have Clear Established my Constitutional Right against Unlawful Stops outside of City of Dublin Police Jurisdiction. False Unlawful Arrest and Unlawful Seizure of my Vehicle (Private Property) outside of Lawful Jurisdiction and Police Power Authority. They had to have Known that they where beyond there Lawful Jurisdictional and Police Power and City of Dublin and Alameda County Boundaries. The City of Dublin and [6]Alameda County Sheriffs have No Jurisdiction whatsoever on Alcosta Blvd., because it is 15 feet beyond City and County Jurisdictional Limits. Thus the Police Stop and Subsequent Seizure of my Vehicle and Arrest of my Person for Failure to Appear Misdemeanor Warrant was Unlawful , Unreasonable, without and in Violation of Fourth Amendment Probable Cause.

---

[6]Alameda County Sherif Deputies: Whithall # 429; A. Grarth # 1340, who are contracted with the city of Dublin Police Services.

---

Henig v. Odorioso, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L. Ed.2d 166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, Basista v. Weir, C.A. 3 (Pa.) 1965, 340 F.2d 74; Baldwin v. Morgan, C.A. Ala.1958, 251 F.2d 780; Geach v. Moynahan, C.A. III.1953, 207 F.2d 714; Picking v. Pennsylvania R. Co., C.C.A. Pa.1945, 1 51 F.2d 240, rehearing denied 152 F.2d 753; Nugent v. Sheppard, D.C. Ind.1970, 318 F. Supp. 314;

The INALIENABLE Constitutional and Civil Right to be Free from Arrest and Seizure of my Person is beyond the Right to Personal Liberty, it is Guaranteed by the Fourth Amendment as well: Henry v. United States, 361 U.S. 98 (1959); Johnson v. United States, 333 U.S. 10, 16-17 (1948); Sibron v. New York, 392 U.S. 40, 62-63 (1968).

**Thus, I could Not have committed a Misdemeanor in the Deputy Sheriff's sight**, to Establish Probable Cause. Thus, establishing False and Unlawful Arrest in Excess of Lawful Authority and Jurisdiction and Creating a Claim and Cause of Action under the Color of State Law (Section 1983) See: Id. (quoting Terry v. Ohio, 392 U.S. 1, 19 n.16 (1968)).

The City of Dublin Police Services and Alameda County Sheriffs Department must Except Responsibility and Liability also because they have Contracted their Police Services and Liability to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs Department.

## FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE FALSE ARREST AND IMPRISONMENT:

The City of Dublin Police Services and the Alameda County Sheriffs Department Failed to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and

of Alameda and City of Dublin. They at the Very least share the Liability through a Conspiracy to Violate and Deprivation of my Civil and Constitutional Rights. This is Not a Suit under Respondent Superior Doctrine. It is a Suit against a Co-Conspirator who is Responsible for the Training and Authorization of their Individual [7]Police Officers and must accept Municipal Responsibility for those Action of their Officers, Agents and others. RESPONDENT SUPERIOR Must Not be Allowed to be Used as Defense against Liability because of Contractual Agreement for Liability between Alameda County and City of Dublin California. The Conspiracy Cause of Action by Contractual Agreement is Created. The County of Alameda and City of Dublin are in Authority over the Training and Actions by their [8]Police Officers. See: **United States v. Jones, 176 F.2d 278 (9th Cir. 1949). See also: Baker v. Deschutes County, 498 P.2d 803 (Or. App. 1972); Lavin v. Marsh, 644 F.2d 1378 (9th Cir. 1981).**

The Unlawful Holding (Seizing) of my Vehicle (Private Property) in violation of the Fourth Amendment was Authorized and Endorsed by the County of Alameda and City of Dublin California. This Practice of Holding (Seizing in Violation of Fourth and Fourteenth Amendments) Vehicles for (30) Days without offering Lawful Remedy Due Process and Judicial Determination is Authorized under the City and County's Authority. By Endorsing and Authorizing this Practice, Alameda County and the City of Dublin California, by Contractual Agreement, must Accept Co-Responsibility for the Practice. They are Transformed from Respondent Superior to Co-Conspirator.

---

[7]Sheriff Deputies Contracted by Alameda County to Dublin Police Services by Contractual agreement.

[8]Sheriff Deputies Contracted by Alameda County to Dublin Police Services by Contractual agreement.

---

Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts, Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

## (# 3.) - SEIZING OF VEHICLE PROPERTY IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS UNLAWFUL HOLD FOR THIRTY DAYS WITHOUT FOURTH AMENDMENT WARRANT.

The Seizing of my Vehicle (Property) without Probable Cause and or a Fourth Amendment Warrant, without Lawful Jurisdiction and Authority Clearly outside of City of Dublin and County of Alameda Boundaries. I did **OBJECT 3 times** to the Offer (Dublin Police Officer's Named) for the Warrant-less Arrest and Seizure of my Person and Vehicle Property In the Jurisdiction and Authority of Another County and City's Jurisdiction. Also for Lack of Probable Cause for Arrest and Seizure of my Person and Vehicle Property.

The Fourth Amendment provides that:

"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated . . . ."

See:  **Bell v. Hood**, 327 U.S., at 684 (footnote omitted); see **Bemis Bros. Bag Co. v. United States**, 289 U.S. 28, 36 (1933) (Cardozo, J.); **The Western Maid**, 257 U.S. 419, 433 (1922) (Holmes, J.). See:  **Bivens**, 403 U.S. 388, 393.

## (UNLAWFUL (30) DAY HOLD ON MY VEHICLE PROPERTY)

The County of Alameda and the City of Dublin Governments Must Accept Responsibility for the acts of their Officer's Agents and others acting in the Name and Authority of the County

1    Thus, also Liable.

2        The City of Dublin California, as a Municipal Corporation, is a Person Under the Color

3

4    of State Law. The County of Alameda, as a Municipal Corporation, is a Person Under the

5    Color of State Law. They are thus, Co-Conspirators in a Conspiracy to Violate my Fourth and

6    Fourteenth Amendment Right Protection of Private Property. See: Reid v. Kayye, C.A.4 (N.C.) 1989, 885

7

8    F.2d 129. They are Not being Sued as Respondent Superior, but as Co-Conspirators because they

9    Authorized and Endorsed (30) day Hold (Seizure) of my Private Vehicle. It is the County's and

10   City's Policy to Hold (Seize) Vehicle's for (30) days in Violation of the Fourth and Fourteenth

11   Amendment Protection.

12

13       "The Fourth Amendment is Not the beginning of the end to Constitutional Inquiry whenever a Seizure occurs."

14       It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context*, See <u>Camara</u>

15       <u>v. Municipal Court of San Francisco</u>, 387 U.S. 523 (1967) in: <u>UNITED STATES v. JAMES DANIEL GOOD REAL</u>

         <u>PROPERTY</u>, 510 U.S. 43, Id, at 50 (1993)

16

17       Thus, the Fourth Amendment does Apply, and it Requires a Judicial Determination and

18   Not a Mere Policeman, City or County Official's Discretion.

19       <u>Mathews</u>, 424 U.S. at 335. The particular deprivation with which we are concerned here is the City's post-seizure,

20       pre-judgment retention of plaintiffs' vehicles. <u>Krimstock</u>, 2000 WL 1702035, at 36-37.

21       The Fourth and Fourteenth Amendment Protections are Not bypassed, Overruled by or

22   Secondary to California State Law. "All laws repugnant to the Constitution are null and Void." Marbury v. Madison,

23

24   5 U.S. (2 Cranch) 137, 174, 176, (1803). This also Violates the Federal Constitutions Supremacy Clause

25   which States:

26       <u>Article VI</u> of the <u>Constitution</u> provides that the laws of the United States shall be the supreme Law of the Land; . .

27       . any Thing in the Constitution or Laws of any state to the Contrary notwithstanding. <u>Art. VI, cl. 2</u>. Thus, since our

28       decision in <u>M'Culloch v. Maryland</u>, 4 Wheat. 316, 427 (1819), it has been settled that state law that conflicts with

---

**SECTION 1983 COMPLAINT - DUBLIN, ALAMEDA COUNTY, CENTRAL TOWING**    *Page 14 of 23*

1    federal law is "without effect." <u>Maryland v. Louisiana</u>, 451 U.S. 725, 746 (1981).

2
3    Thus, the County and City Governments had to have Known this. This is Clearly

4    Established Law and Principle of Law, since the Founding of the Federal Constitution.

5    Thus, this Policy Authorized and Endorsed by City and County Governments is Not Valid.

6    The City of Dublin Police Services and Alameda County Sheriffs Department must Except

7
8    Responsibility and Liability also because they have Contracted their Police Services and Liability

9    to Suit. The Respondent Superior Doctrine is Not being Applied here because of Contractual

10   Obligation and Liability by the City of Dublin Police Services and Alameda County Sheriffs

11
12   Department.

13   Let Judicial Notice be taken, here that **Central Towing and Transporting** (Towing

14   Agency) Seized, Towed and Stored my Vehicle and is a Named Defendant and Co-Conspirator.

15
16   ## FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE UNLAWFUL TOW AND SEIZING MY VEHICLE FOR (30) DAYS:

17
18   The City of Dublin Police Services and the Alameda County Sheriffs Department Failed

19   to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable

20
21   as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and

22   Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts,

23   Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not

24
25   Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being

26   Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action

27   or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting

28

---

Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

## (# 4.) - <u>ACTION UNDER THE COLOR OF STATE LAW.</u>

The County of Alameda and City of Dublin California have Clearly acted Under the Color of State Law and Authorized its [9]Police Officers to Hold (Seize) Vehicles for (30) Days in Violation of Fourth and Fourteenth Amendments. They Acted as Co-Conspirators Under the Color of California State Law in Seizing my Vehicle (Private Property). The Named Municipal Governments are Clearly Authorized and Endorsed plus Encouraged the Unlawful Deprivation of my Civil and Constitutional Rights. I have Clearly Established a Violation, Deprivation of my Constitutional and Civil Rights Under the Color of State Law and City and County Authorization. They Clearly Acted with full Wanton Intent, Knowledge, Deliberately to Violate, Interfere with and Deny my Constitutional and Civil Right Against Unlawful Seizures of my Private Property (Vehicle), and in violation of Absolute Due Process Rights. I Clearly Established my Constitutional and Civil Rights I have Served the Named City of Dublin with Several Notices and Demand for my Truck back. They where Served (5) Notices with My Demands for Rights which included Probable Cause Hearing, Forfeiture Hearing with Jury Trial and Notice, that Tow Hearing does Not Satisfy Due Process, under Fourth and Fourteenth Amendments. I also Demanded that they Return my Stolen Property. Instead I was told at the Tow Hearing that (30) Day Hold (Seizure) of my Vehicle was Valid and I had No Right to a Remedy for the the Unlawful Seizure of my Vehicle for (30) Days. This Violated the Fourth, Fourteenth, and it becomes an Excessive Fine without Due Process of Law. It also creates a Double Jeopardy

---

[9]**Sheriff Deputies Contracted by Alameda County to Dublin Police Services by Contractual agreement.**

Penalty against me without Due Process of Law. The State of California does Not Offer me any Remedy whatsoever. The City of Dublin and Central Towing and Transporting Does Not offer me any Remedy whatsoever to Challenge the Probable Cause, Forfeiture Process, the Lawful Jurisdiction to Violate the Fourth Amendment Seizure Warrant Requirement. I am thus, left with No Remedy At-Law or in Equity. This Constitutes a Violation and Deprivation of my Civil Rights under the Color of State Law. The Named Defendants have Willful Disregard and Intent on Malice. They have Acted Deliberately, with wanton, Knowing Denial and Violation of my Civil and Constitutional Rights. They acted in Excess of Their Authority and Jurisdiction.

**Henig v. Odorioso**, C.A. 3 (Pa.) 1967, 385 F.2d 491, certiorari denied 88 S. Ct. 1269, 390 U.S. 1016, 20 L.Ed.2d 166, rehearing denied 88 S. Ct. 1814, 391 U.S. 929, 20 L. Ed.2d 671. See, also, **Basista v. Weir**, C.A. 3 (Pa.) 1965, 340 F.2d 74; **Baldwin v. Morgan**, C.A. Ala.1958, 251 F.2d 780; **Geach v. Moynahan**, C.A. Ill.1953, 207 F.2d 714; **Picking v. Pennsylvania R. Co.**, C.C.A. Pa.1945, 151 F.2d 240, rehearing denied 152 F.2d 753; **Nugent v. Sheppard**, D.C. Ind.1970, 318 F. Supp. 314; **Culbertson v. Leland**, C.A. 9 (Ariz.) 1975, 528 F.2d 426.

Let Judicial Notice be taken here that the Named Defendants by Contractual agreement Acted pursuant to a Conspiracy in Excess and Misuse of Police Powers in False Arrest and Imprisonment; Unlawful and Wrongful Tow and Seizing of my Vehicle Property.

A **§ 1983** conspiracy claim may arise when a private actor conspires with a state actor to deprive a person of a constitutional right under color of state law. **Dixon v. City of Lawton, Okl.**, CA10 (Okl.) 1990, 898. F.2d 1443.

Thus, Creating and Establishing Causes of Actions and Claims of False Arrest and Imprisonment; Unlawful Seizure of my Person Fourth Amendment; Unlawful and Wrongful tow and Seizing of my Vehicle Property under Fourth and Fourteenth Amendments; Cruel and Unusual Punishment all under the Color of State Law Section 1983.

**FALSE ARREST**: False Arrest is a Cause of Action under Section 1983, Action Under the Color of State Law. **False Imprisonment** is another Separate Aspect of False Arrested which

is Considered another Different Cause of Action Under Section 1983. "...arrest made maliciously and without probable cause"); Pierson v. Ray, 386 U.S. 547, 555 (1967), In: WYATT v. COLE, 504 U.S. 158 (1992). Thus, a Cause of Action under Section 1983 is Created?

### SEIZING HOLDING VEHICLE FOR (30) DAYS WITHOUT SEIZURE WARRANT AND IN DENIAL OF DUE PROCESS OF LAW:

The Holding of my Vehicle (Private Property) without a Fourth Amendment Seizure Warrant is an Action Under the Color and Guise of State Law (Section 1983). The Cities have an Unlawful Habit of Holding, (Seizing) Private Vehicles Without a Fourth Amendment Seizure Warrant.

It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context*, See Camara v. Municipal Court of San Francisco, 387 U.S. 523 (1967) In: UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY, 510 U.S. 43, Id, at 50 (1993)

Thus, establishing a Cause of Action under the Color of State Law Section 1983.

### NO REMEDY FOR HOLDING (SEIZING) MY VEHICLE FOR (30) DAYS, DENIAL OF DUE PROCESS OF LAW:

There is No Remedy for Unlawful Seizing and Holding of my Private Vehicle. I am Thus, I am being Denied Due Process of Law under the Fourteenth Amendment. No City Policy, or State Law Authority can Authorize a Denial of the Fourteenth Amendment Right to Heightened Due Process Protection of Private Property. It is beyond the Authority of a City to Unconstitutionally Act in Violation of the Fourteenth Amendment. The County of Alameda and the City of Dublin cannot Authorize an Action that Violates the Federal Constitution. See: Lavin v. Marsh, 644 F.2d 1378 (9th Cir. 1981). See also: Logan v. Zimmerman Brush Co., 455 U.S. 422, 435-36 (1982); Parratt v. Taylor, 451 U.S. 527 (1981). This Violates a Constitutional Rule and Federal Maxim that

everyone will have a Remedy for Wrong Done. Taking, Holding, Seizing my Vehicle without allowing me Notice and Opportunity to Defend Violates my Federal Civil and Constitutional Rights. Thus, Creation of Cause of Action for Denial of Heightened Due Process Protection of the Right to Property under the Color of State Law (Section 1983).

**CONSPIRACY UNDER THE COLOR OF STATE LAW:**

The Named Defendants did act Pursuant to a Conspiracy under the Color of State Law, in Violation of Section 1983. The Deprivation and Violation of Civil Rights pursuant to a Conspiracy creates a Cause of Action under Section 1983.

A **§ 1983** conspiracy claim may arise when a private actor conspires with a state actor to deprive a person of a constitutional right under color of state law. **Dixon v. City of Lawton, Okl.**, CA10 (Okl.) 1990, 898. F.2d 1443.

The County of Alameda and City of Dublin and other Named Defendants did act Pursuant to a Conspiracy to Deny, Deprivate and Violate my Constitutional and Civil Rights Under the Color and Guise of State Law. Thus, Establishment of a Cause of Action under Section 1983.

Let Judicial Notice be Taken, here that this Section 1983 Suit is Completely Different from the other Actions and Causes of Action Filed against other Named Defendants.

## FAILURE OF THE CITY OF DUBLIN AND ALAMEDA COUNTY TO RESPOND TO AND INVESTIGATE FALSE ARREST AND IMPRISONMENT:

The City of Dublin Police Services and the Alameda County Sheriffs Department Failed to Respond to and Investigate their Named Unlawful Police Actions and thus, become Liable as Co-Conspirators to those Acts. The Named Municipal Corporations have a Lawful Duty and Legal Responsibility to Respond to and Investigate all Allegations of Unlawful Police Acts,

Actions, Conduct, Arrest, and all other Police Practices done under their Authority. This is Not Respondent Superior Doctrine Theory. It is the Theory and Doctrine of Municipal Authority being Used for the Unlawful acts. This Failure to Respond to and Investigate Unlawful Police Action or Acts, Makes the Alameda County, City of Dublin California, Central Towing and Transporting Liable for their Employees acts as Co-Conspirators to those Unlawful Acts.

## (# 5.) - DENIAL OF FORFEITURE HEARING.

My Vehicle Property was sold and I was Denied a Forfeiture Hearing. Let Judicial Notice be Taken here that I made Several Demands for a Forfeiture Hearing with the City of Dublin Police Services and Tow Agency. I was effectively Denied this Due Process of Law Right to Forfeiture Hearing of Vehicle Property and the Right to Just Compensation See: CALERO-TOLEDO v. PEARSON YACHT LEASING CO., 416 U.S. 663 (1974). See also: (People v. One 1941 Ford 8 Stake Truck, 26 Cal.2d 503 [159 P.2d 641]; People v. One 1941 Chrysler Tudor, supra; People v. One 1941 Buick Sport Coupe, supra.

The Right to a Forfeiture Hearing and Jury Trial is a Common Law Right. See: People v. One 1941 Chevrolet Coupe, 37 Cal.2d 283. The Right to a Post Forfeiture Hearing, Jury Trial cannot be defeated or watered down out of Existence by the California Legislature. This Forfeiture Hearing Right cannot be Denied because of a Police Power Regulation. See: People v. One 1941 Chevrolet Coupe, 37 Cal.2d 283. The Absolute Right to Trial by Jury cannot be defeated by California Legislature:

"Colon v. Lisk, 13 App. Div. 195, 202 [43 N.Y.S. 364, 369]; State v. 1920 Studebaker, 120 Ore. 254 [251 P. 701, 50 A.L.R. 81]. The introduction of a new subject into a class renders it amenable to its general rules, not to its exceptions. "Wood v. City of Brooklyn, 14 Barb. 425, 432; Cooley, Constitutional Limitations, 8th ed. vol. I, pp. 668- 674. Cf. Moore v. Purse Seine Net, 18 Cal.2d 835, 837 [118 P.2d 1]. People v. One 1941 Chevrolet Coupe,

---

37 Cal.2d 2;  (<u>Union Insurance Co. v. United States</u>, 73 U.S. 759, 764-766 [18 L. Ed. 879]; <u>Armstrong's Foundry</u>, 73 U.S. 766, 769 [18 L. Ed. 822]; <u>United States v. Yamoto</u>, 50 F.2d 599, 600; see, also, <u>Dobbins v. United States</u>, 95 U.S. 395, 404 [24 L. Ed. 637]; <u>Goldsmith, Jr.-Grant Co. v. United States</u>, 254 U.S. 505, 509 [41 S. Ct. 189, 65 L. Ed. 376]; <u>I Kent's Commentaries 375-376.</u>); <u>People v. One 1941 Chevrolet Coupe</u>, 37 Cal.2d 283.

Thus, Securing and Protecting my Fourteenth Amendment Inalienable Right to a Forfeiture Hearing as a Guaranteed Right to Due Process of Law. This is Not just a Right to Due Process of Law, but an Unalienable and Inalienable Right.

Thus, placing my Vehicle Property beyond Legislative Conditions and Prohibitions that allow the Police Powers to sell Forfeited Property without a Full Jury Trial in a Forfeiture Hearing.

The City of Dublin Police Services and [10]Named Towing Agency have to Pay Just Compensation for my Vehicle Property that was taken from me Under the Color and Guise of Police Power Regulation (California Vehicle Code). Forfeiture of this Vehicle Property without being Afforded and or being Denied the Right to a Forfeiture Hearing is Denial of Protection of the Right to Property and or taking of Private Property without Due Process of Law. The Very Fundamental Principle and Structure of the Right to Property is the Protection of it by the Constitution and the Laws of the United States. It is the Duty and Obligation of this Court Mandated by the Federal Constitution to the Protection of Property. The City of Dublin cannot be allowed to Take Private Property without Justification, Forfeiture Hearing and Just Compensation. Any other Outcome is a Violation of the Principles of Liberty, Freedom and Justice for All.

---

[10] Central Towing and Transporting, (Towing Agency), Named Defendant.

Failure of the City of Dublin and Central Towing and Transporting to Provide a Post Forfeiture Hearing and to Subsequently sell my Private Property (Vehicle) without Due Process of Law (Forfeiture Hearing) Jury Trial creates a Cause of Action under Section 1983. See: Desert Outdoor Advertising, Inc., v. City of Moreno Valley, CA 9, (Cal.) 1996, 103 F.3d 814, Cert. Den., 522 U.S. 912, 118 S. Ct. 294, 139 L. Ed. 2d 330.

Thus, firmly Establishing a Cause of Action under Section 1983 for Failure taking and Selling of Private Property without due Process of Law (Forfeiture Jury Trial Hearing).

## FOURTH AMENDMENT VIOLATION:

The Unlawful Seizure and Lien Sale of my Vehicle without Fourth Amendment Seizure Warrant Violates that Constitutional Protection and Requirement.

It is true, of course, that the *Fourth Amendment applies to searches and seizures in the civil context,* See Camara v. Municipal Court of San Francisco, 387 U.S. 523 (1967), In: UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY, 510 U.S. 43, Id, at 50 (1993)

This Violates the Very fundamental Principles of Seizing Private Property in Violation of the Fourth Amendment. This is in essence Stealing of Private Property under the Color and Guise of State Law and Police Power Regulation, in Violation of the Fourth and Fourteenth Amendments.

## (IN CONCLUSION)

In Conclusion I Move the Court to Grant the Fallowing Remedy in Damages and Punitive Damages.

DAMAGES FROM CITY OF DUBLIN FOR FALSE IMPRISONMENT AND UNLAWFULLY SEIZING AND TOWING MY VEHICLE AND DENIAL OF THE RIGHT TO A FORFEITURE HEARING AND CONSPIRACY: $ 2,500,000.00 = TWO MILLION FIVE HUNDRED THOUSAND DOLLARS.

DAMAGES FROM THE ALAMEDA COUNTY SHERIF"S DEPARTMENT FOR FALSE IMPRISONMENT AND CONSPIRACY  $ 250,000.00 = TWO HUNDRED FIFTY THOUSAND DOLLARS.

DAMAGES FROM CENTRAL TOWING AND TRANSPORTING FOR FORFEITURE WITHOUT FORFEITURE HEARING AND CONSPIRACY. $ 250,000.00 TWO HUNDRED FIFTY THOUSAND DOLLARS. PLUS FOR FORFEITURE OF MY VEHICLE LOSS OF MY PROPERTY $ 10,000.00 = TEN THOUSAND DOLLARS.

    I ALSO SEEK $ 1,500.000.00 ONE MILLION FIVE HUNDRED THOUSAND DOLLARS FROM EACH NAMED DEFENDANT FOR PUNITIVE DAMAGES AND I AVAIL MYSELF TO ANY OTHER REMEDIES OF THIS COURT THAT IT DEEMS NECESSARY AND PROPER.

    I SEEK $ 25,000.00 TWENTY FIVE THOUSAND DOLLARS FOR ACTUAL LOSS OF VEHICLE VALUE AND USE THEREOF.

    I MOVE THE COURT TO GRANT ALL DAMAGES DEMANDED FOR IN THE COMPLAINT.

I WILLIAM J. WHITSITT, _William J Whitsitt_, THIS THE 16th DAY OF APRIL 2008, DO HEREBY DECLARE AND AFFIRM THAT ALL THE ABOVE FACTS ARE TRUE AND CORRECT UNDER THE PENALTY OF LAW.

LET JUDICIAL NOTICE BE TAKEN HERE THAT A JURY TRIAL IS WAIVED AND I MASTER OF THIS CASE AND I WILL ALONE WILL DECIDE WHICH LAW IT WILL PROCEED UNDER. SEE: FAIR, THE, v. KOHLER DIE & SPECIALTY CO., 228 U.S. 22 (1913) ; FRANCHISE TAX BD. v. LABORERS VACATION TRUST, 463 U.S. 1 (1983) ; : Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 809 , n. 6 (1986); Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).

RESPECTFULLY SUBMITTED

_William J Whitsitt_

WILLIAM J. WHITSITT

DATED: April 17, 2008

# DEFENDANTS CONTACT INFORMATION

**DUBLIN POLICE SERVICES**
**100 Civic Plaza**
**Dublin, CA   94568**
**(925) 833-6670**
**Fax (925) 828-2893**


**CENTRAL TOWING AND TRANSPORT   Tow Agency**
**FREMONT - Main Office**
**36849 San Pedro Drive**
**Fremont, CA 94536**
**(510) 797 - 5660**


**Alameda County Sheriff's Office**              Attn:   Kelly Martinez - Civil
Litigation
**Internal Affairs Section**
**1401 Lakeside Drive, 7th Floor**
**Oakland, California, 94612**

**TELEPHONE**
**Personnel complaints (day)**        **(510) 208-9800**
**Personnel Complaints (night)**      **(510) 667-7721**
**Emergency/Hearing Impaired**       **(510) 667-7721**

**FAX:**
**1-510-272-3796**