FILED Clear Form
2008 APR 24 PM 2:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt

Plaintiff,

vs.

City of Dublin Police Services, Alameda County, County of Alameda, Central Towing & Transport

Defendant.

C08-02138 CW

CASE NO. ____________________

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

**(Non-prisoner cases only)**

ADR

I, William J. Whitsitt, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________________ Net: ____________________

Employer: ________________________________________

________________________________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

1-10-08 $ 3000.00 $ 2500.00

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

___

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No ___

Make Jeep Year 1979 Model CJ7

Is it financed? Yes ___ No ✓ If so, Total due: $__________

Monthly Payment: $__________

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: __________

______________________________________________

Present balance(s): $__________

Do you own any cash? Yes ___ No ___ Amount: $__________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

______________________________________________

8. What are your monthly expenses?

Rent: $ 450.00 Utilities: 120.00

Food: $ 220.00 Clothing: 70.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

_______________________________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_______________________________________________________________

_______________________________________________________________

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-20-08 [signature]

DATE SIGNATURE OF APPLICANT