Clear Form

FILED

MAY 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

William J. Whitsitt  )
  )
  )
          Plaintiff,  )   CASE NO. C08-02138CW
  )
  vs.  )   **APPLICATION TO PROCEED**
Central Towing Transport-TOWING; COUNTY  )   **IN FORMA PAUPERIS**
OF ALAMEDA; City of Dublin Police Services  )   (Non-prisoner cases only)
  )
          Defendant.  )
  )

I, __William J. Whitsitt_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?           Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  January 10, 2008, Perry Tool & Research, 3415 Enterprize Ave, Hayward, CA 94545
3  Gross for January 2008: 710.00  Net: 622.00
4
5  2.    Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7        a.    Business, Profession or                      Yes ___ No ✓
8              self employment?
9        b.    Income from stocks, bonds,                   Yes ___ No ✓
10             or royalties?
11       c.    Rent payments?                               Yes ___ No ✓
12       d.    Pensions, annuities, or                      Yes ___ No ✓
13             life insurance payments?
14       e.    Federal or State welfare payments,           Yes ✓ No ___
15             Social Security or other govern-
16             ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Unemployment Insurance 272.00 per week, 1088.00 per month
20
21 3.    Are you married?                                   Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.    a.    List amount you contribute to your spouse's support:$ _____
27       b.    List the persons other than your spouse who are dependent upon you for support
28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.    Do you own or are you buying a home?    Yes ____  No __✓__
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.    Do you own an automobile?    Yes __✓__  No ____
7  Make __Jeep_____ Year __1979_____ Model __CJ7_____
8  Is it financed? Yes _____ No __✓__ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.    Do you have a bank account?  Yes ____ No __✓__ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s):  $ _____
14 Do you own any cash?  Yes ____ No __✓__ Amount: $ _____
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 market value.)                                              Yes ____ No __✓__
17 _____
18 8.    What are your monthly expenses?
19 Rent: $ __450.00_____ Utilities: __50.00_____
20 Food: $ __250.00_____ Clothing: __75.00_____
21 Charge Accounts:
22 Name of Account         Monthly Payment           Total Owed on This Account
23 _____  $ _____   $ _____
24 _____  $ _____   $ _____
25 _____  $ _____   $ _____
26 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-14-08                              *[signature]*
DATE                                 SIGNATURE OF APPLICANT

W Whitsitt
335 W Clover Road
Tracy CA 95376

Office of the Clerk
US Dist. Court for the
Northern Dist of CA.
450 Gold Gate Ave
San Francisco, CA 94102

3:08-cv-02138-CW

