IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | |
| Plaintiff, | No. C 08-02138 JSW |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CENTRAL TOWING TRANSPORT, et al., | |
| Defendants. | |

The Court having received Plaintiff William J. Whitsitt's application to proceed *in forma pauperis,* and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, and this Order upon the Defendants in conformity with Federal Rule of Civil Procedure 4(i). This Order terminates docket number 5.

**IT IS SO ORDERED.**

Dated: July 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WHITSITT et al,

        Plaintiff,

  v.

CENTRAL TOWING TRANSPORT et al,

        Defendant.

Case Number: CV08-02138 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk