TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
Bruce D.M. Prescott, Esq. CSB #120980
Daphne C. Lin, Esq.  CSB #193214
2201 Walnut Avenue, Suite 200
Fremont, California 94538
Telephone: (510) 790-0900
Facsimile: (510) 790-4856
E-mail: daphnelin@tatp.com

Attorneys for Defendant
Central Towing & Transport, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. WHITSITT, | Case Number: C08-02138 JSW |
| Plaintiff, | Related Cases: C08-01802, C08-01803 and C08-02139 |
| v. | **[Proposed] ORDER re MOTION TO DISMISS** |
| CENTRAL TOWING TRANSPORT, ET AL. | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant Central Towing & Transport, LLC's motion to dismiss is granted.  The action against defendant Central Towing & Transport, LLC is hereby dismissed with prejudice and the defendant is awarded costs of suit.

Dated: _____, 2008

_____
JUDGE OF THE DISTRICT COURT

---

**[Proposed] ORDER re MOTION TO DISMISS**

1