1  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
   Bruce D.M. Prescott, Esq. CSB #120980
2  Daphne C. Lin, Esq.  CSB #193214
   2201 Walnut Avenue, Suite 200
3  Fremont, California 94538
   Telephone: (510) 790-0900
4  Facsimile: (510) 790-4856
   E-mail: daphnelin@tatp.com
5

6  Attorneys for Defendant
   Central Towing & Transport, LLC, erroneously sued as Central Towing Transport
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12
    WILLIAM J. WHITSITT,                )   Case Number: C08-02138 JSW
13                                      )
                 Plaintiff,             )   Related Cases: C08-01802, C08-01803
14                                      )   and C08-02139
                                        )
15  v.                                  )   **DEFENDANT CENTRAL TOWING &
                                        )   TRANSPORT, LLC'S RE-NOTICE OF
16                                      )   MOTION TO DISMISS**
                                        )
17  CENTRAL TOWING TRANSPORT, ET AL.    )   [FRCP 12(b)(6); 28 U.S.C. §1915(e)]
                                        )
18               Defendants.            )   Hearing Date:    October 17, 2008
                                        )   Time:            9:00 a.m.
19                                      )   The Honorable Jeffrey S. White
                                        )
20  _____)

21  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22         NOTICE IS HEREBY GIVEN that defendant Central Towing & Transport, LLC's

23  motion to dismiss this action pursuant to *FRCP 12(b)(6)* and *28 U.S.C. §1915(e)*, originally

24  noticed for October 24, 2008, at 9:00 a.m., is now set for **October 17, 2008 at 9:00 a.m.**

25         The Motion is made on the grounds that the complaint fails to state a claim on which a

26  relief may be granted and that the action is frivolous. Central Towing & Transport, LLC

27  ("Central Towing") requests that the Court dismiss the action and award costs of suit to Central

28  Towing pursuant to *28 U.S.C. §1915(f)(1)*.

---

**DEFENDANT CENTRAL TOWING & TRANSPORT, LLC'S RE-NOTICE OF MOTION TO DISMISS**
1

1 | The motion will be based upon this notice, the Memorandum of Points and Authorities and all pleadings and documents on file herein, and upon such oral and documentary evidence as may be presented at or before the hearing on this Motion.

Dated: September 3, 2008

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.

By: _____
Bruce D. M. Prescott
Daphne C. Lin
Attorneys for Defendant
Central Towing & Transport, LLC

**DECLARATION OF SERVICE**
William J. Whitsitt v. Wheatfall, et al.
Case Number: C08-02138 JSW
Related Cases: C08-01802, C08-01803 and C08-02139

I, Carmen Ott, declare and say:

I am over the age of eighteen years and not a party to the within action. My business address is 2201 Walnut Avenue, Suite 200, Fremont, California, 94538.

On September 3, 2008, I caused to be served the following documents described as:

**DEFENDANT CENTRAL TOWING & TRANSPORT, LLC'S RE-NOTICE OF MOTION TO DISMISS**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**William J. Whitsitt
335 West Clover Road
Tracy, California   95376**

\_\_   (by personal service): I caused such envelope to be delivered by hand to the above address(es).

\_\_   (by facsimile): I caused the above-referenced document(s) to be transmitted to the above-named persons at each of their respective facsimile numbers listed above, a copy of which is attached hereto.

\_\_   (by overnight courier): I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es).

 XX   (by mail): I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on September 3, 2008.

_____
Carmen Ott

---

Proof of Service
3